**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ABRAHAM MOISES HERRERA-AGUILAR**, <br><br> Petitioner, <br><br> *v.* <br><br> **MARKWAYNE MULLIN**, *in his official capacity as Secretary of the U.S. Department of Homeland Security*, et al., <br><br> Respondents. | **CIVIL ACTION** <br><br><br> **NO. 26-3626-KSM** |

**ORDER**

**AND NOW**, this 4th day of June, 2026, upon further review of the Petition for Writ of Habeas Corpus (Doc. No. 1) and upon review of Respondents' Opposition (Doc. No. 3), in which Respondents provide documentary evidence that Petitioner "is currently subject to a reinstated final order of removal" (*id.* at 1; *see also* Doc. No. 3-4) and assert that this action "is legally different from the many challenges to mandatory detention" brought under 8 U.S.C. § 1225(b)(2) (Doc. No. 3 at 1 n.1), it is **ORDERED** that this Court's May 27, 2026 Order enjoining Respondents "from taking any action that would result in the removal of Petitioner from the Eastern District of Pennsylvania" (Doc. No. 2) is **VACATED**.[1]

---

[1] While this Order vacates the prior injunction in this action, this Order should not—and cannot—be read as support for Respondents moving habeas petitioners out of this District to avoid jurisdiction. This Court retains jurisdiction in this action while the merits of the Petition are considered no matter where Petitioner goes during the pendency of this action. *See Anariba v. Director Hudson County Correctional Center*, 17 F.4th 434, 445–46 (3d Cir. 2021) ("[T]he government's post-filing transfer of a § 2241 petitioner out of the court's territorial jurisdiction does not strip the court of jurisdiction."). Though, Respondents are **ORDERED** not to remove Petitioner from the Commonwealth of Pennsylvania or the United States while this Petition is pending.

2

      **IT IS FURTHER ORDERED** that Petitioner shall reply to Respondent's Opposition or file a notice of non-opposition no later than **June 10, 2026, at 12:00 p.m. EDT**.

      **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

2