## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ABRAHAM MOISES HERRERA-AGUILAR**,<br><br>Petitioner,<br><br>*v.*<br><br>**MARKWAYNE MULLIN**, *in his official capacity as Secretary of the U.S. Department of Homeland Security*, et al.,<br><br>Respondents. | **CIVIL ACTION**<br><br><br>**NO. 26-3626-KSM** |

## ORDER

**AND NOW**, this 10th day of June, 2026, upon review of Petitioner's Reply to Government's Response (Doc. No. 5), which includes various exhibits (Doc. No. 5-1) that contain personal identifying information of Petitioner and members of Petitioner's family that should be redacted pursuant to Federal Rule of Civil Procedure 5.2 and Local Rules of Civil Procedure 5.1.2.11(b) and 5.1.3, it is **ORDERED** that the Clerk of Court is **DIRECTED** to **STRIKE** (Doc. No. 5) and all attachments thereto from the docket.

**IT IS FURTHER ORDERED** that Petitioner shall file an updated version of his reply containing all redactions of such personal identifying information required by the Federal and Local Rules by no later than **NOON EDT tomorrow, June 11, 2026**.  Should Petitioner fail to do so, the Court may issue an order for Petitioner to show cause why Respondents' Opposition should not be granted as uncontested.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
KAREN SPENCER MARSTON, J.