# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ABRAHAM MOISES HERRERA-AGUILAR**, <br><br> Petitioner, <br><br> *v.* <br><br> **MARKWAYNE MULLIN**, *in his official capacity as Secretary of the U.S. Department of Homeland Security*, et al., <br><br> Respondents. | **CIVIL ACTION** <br><br><br> **NO. 26-3626-KSM** |

## ORDER

**AND NOW**, this 24th day of June, 2026, upon consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), the Government's Response in Opposition (Doc. No. 3), Petitioner's Reply to the Government's Response (Doc. No. 7), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that the Petition (Doc. No. 1) is **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
KAREN SPENCER MARSTON, J.